00. United State District Court Central District
01. Of California Office Of The Clerk
02. 255 East Temple Street, Room 180
03. Los Angeles, California 90012
04. related DDJ
05.
06. Elijah Smith Jr Plaintiff    Case Number 5:21-CV-01250-MCS(RAO)
07.
08. VS.    Judge
09.    Magistrate Judge
10. The People of State of
11. California etc.,
12.    Defendants

FILED
CLERK, U.S. DISTRICT COURT
JULY 23 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: KMH DEPUTY

13.
14.
15.    COMPLAINT
16.
17. INTRODUCTION
18.
19. 1.) Plaintiff Elijah Smith Jr., is incarcerated
20. in the custody of Twin Towers Department of Public
21. Safety and Corrections Patton State Hospital (PSH)
22. He has lived most of the last 35 years at Los Angeles
23. California State Correction of Twin Towers Department
24.
25. 2.) Over the course of his incarceration two in half years
26. Mr. Smith, worked hard and built a successful productive
27. life at Patton State Hospital He graduated from Manual
28. Art's High School every Self-Help Program available at
29. Share Downtown, including Substance Abuse and Anger
30. Management Classes location at Share Downtown of Los Angeles
31. California Elijah Smith Junior, hasn't received the dozens
32. of Certificates and Diplomas
33.
34.    Page (01 of 07)
35.

36.
37. 3.) ELIJAH SMITH JUNIOR,. HE IS A CERTIFIED HIV PEER TO PEER
38. COUNSELOR HE TAUGHT LEADERSHIP AND MANAGEMENT FOR
39. TOASTMASTER'S SERVING AS SECRETARY OF THE STATE OF
40. CALIFORNIA FOUND ELIJAH SMITH JUNIOR., IS AND TRUCK DRIVER
41. BY GIVEN ALL HIS TIME INTO THE SERVING.
42.
43.
44. JURISDICTION
45.
46. THIS CAUSE OF ACTION ARISES UNDER THE UNITED STATES
47. CALIFORNIA ENFORCEABLE PURSUANT TO 42 U.S.C. SECTION 1983
48. JURISDICTION IN THIS COURT IS PROPER PURSUANT TO 28 U.S.C.
49. SECTION CODE 1331 AND 1343 (A)(3)
50.
51. FEDERAL COURT DOCTRINE WHERE BY A PLAINTIFF
52. NOT WITH STANDING THE LIMITATIONS OF FEDERAL
53. AND NON-FEDERAL GROUND'S
54.
55. FOR THE RELIEF SOUGHT IN A COMPLAINT.
56. THUS, WHERE THE PLAINTIFF JOINS A FEDERAL
57. CLAIM WITH A STATE LAW CLAIM BASED ON CLOSELY
58. RELATED OR IDENTICAL CONDUCT OF THE DEFENDANT
59. THE FEDERAL COURT'S HAVE JURISDICTION TO HEAR AND
60. DETERMINE THE STATE LAW CLAIMS AS WELL AS THOSE
61. ARISING UNDER FEDERAL LAW
62.
63. THE JURISDICTION UNDER WHICH A FEDERAL COURT IS
64. PERMITTED TO DECIDE AN ENTIRE CONTROVERSY (INCLUDING
65. MATTERS WHICH IT WOULD NOT HAVE AUTHORITY TO CONSIDER
66. WERE THEY RAISED INDEPENDENTLY) IF THE CONTROVERSY
67. CONTAINS OTHER ISSUES THAT THE LAW SPECIFICALLY AUTHORIZES
68.
69.
70. PAGE ( 02 OF 07 )
71.

72.
73. ## VENUE
74.
75. A NEIGHBORING PLACE; SYNONYM FOR PLACE OF
76. TRIAL; REFERS TO THE POSSIBLE OR PROPER PLACE FOR TRIAL
77. OF A SUIT, AMONG SEVERAL PLACE'S WHERE JURISDICTION
78. COULD BE ESTABLISHED. VENUE ESSENTIALLY INVOLVES
79. THE RIGHT OF THE PARTY SUED TO HAVE THE ACTION HEAR
80. IN A PARTICULAR JUDICIAL DISTRICT, FOR REASONS OF
81. CONVENIENCE. IN A CRIMINAL TRIAL WHERE PUBLICITY
82. SURROUNDING THE CRIME WOULD VIRTUALLY PRECLUDE FAIR TRIAL,
83. THE COURT WILL DIRECT A CHANGE OF VENUE OR REMOVAL
84. OF THE PROCEEDINGS TO A DIFFERENT DISTRICT OR COUNTY
85. FORUM NON CONVENIENS
86.
87.
88. ## PARTIES
89.
90. PLAINTIFF ELIJAH SMITH JUNIOR., IS A PERSON INCARCERATED
91. IN THE CUSTODY OF THE TWIN TOWERS HE IS PRESENTLY HOUSED
92. AT PATTON STATE HOSPITAL CORRECTIONAL CENTER IN PATTON
93. CALIFORNIA THE DEFENDANTS RETALIATED AGAINST MR. ELIJAH
94. SMITH JUNIOR., IN RESPONSE TO THE EXERCISE OF HIS
95. FIRST AMENDMENT RIGHTS, AND DENIED HIM DUE PROCESS OF LAW
96. AS MORE FULLY ARTICULATED INFRA.
97.
98. PLAINTIFF ELIJAH SMITH JUNIOR., IS THE APPOINTED SECRETARY OF
99. THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS FOR THE
100. STATE OF LOS ANGELES CALIFORNIA. HE HAS OVER ALL RESPONSIBILITY
101. FOR THE POLICIES
102.
103.
104.
105.
106.
107.

PAGE (03 OF 07)

## STATEMENT OF FACTS

111-115. PLAINTIFF ELIJAH SMITH JUNIOR., INCORPORATES ALL FACTS PREVIOUSLY STATED AND FURTHER AVERS AS FOLLOW'S IN 2020 PLAINTIFF ELIJAH SMITH JUNIOR,- APRIL 24, 2020 LONG BEACH OFFICER ARRESTED HIM FOR THE SAME FALSE ARRESTED IN THE SAME IN ARSON CASE AND STALKING AND IMPOUNDED HIS SAME PT-CRUISER

118-121. ELIJAH SMITH JUNIOR., DIDN'T DO ANY OF THIS ARSON OR STALKING ALSO HE WAS WORKING ON 4 RUNNER AUTOMOBILE BOTH PEOPLE WENT TO THE AUTO PART STORE TO GET A POWER STEERING BELT TO GO ON ANTHONY'S FOUR RUNNER AUTOMOBILE

123-125. ELIJAH SMITH JUNIOR., WAS ARRESTED AND TAKEN IN BY GIVING UP HIS RIGHT'S AND PLACED UNDER ARREST IN THE SAME AREA IN LONG BEACH, CALIFORNIA

127-128. THIS STATEMENT IS TRUE AND WITNESS BEFORE THE COURT HOUSE JUDGE'S

130. SIGN BY _Elijah Smith Jr._    DATE: MAY 31, 2021

PAGE (04 OF 07)

144.
145. **THE DISCIPLINARY PROCESS**
146.
147. On April 14, 2021 Elijah Smith Junior., was brought
148. before a Disciplinary Board. He filed motions on
149. his behalf requesting to face his accuser, call witnesses
150. in Elijah Smith Junior., defense, have outside counsel
151. present, and be released from administrative segregation
152. pending investigation.
153.
154. All motions were denied by the Defendant Disciplinary
155. Board Members.
156.
157. On April 24, 2021 Mr. Smith again appeared before
158. the Defendant Disciplinary Board Members at this hearing
159. After fifteen day's of solitary confinement Mr. Smith was
160. informed for the first time that DPSC has added two disciplinary
161. charges against him; a Rule 3 Defiance charge, as well as
162. violations of his right's
163.
164. **CLAIMS FOR RELIEF**
165. First Amendment Violation: Retaliation for the exercise
166. of Freedom Speech Defendants violated the Plaintiff's rights
167. under the First and Fourteenth Amendments to the United States
168. Constitution by retaliating against him for his communication
169. with the public and the press rights
170.
171.
172.
173.
174.
175.
176.
177.
178.
179.

Page (05 of 07)

180.
181. ## Second Claim
182. Fourteenth Amendment Violations: Deprivation of Due Process
183. of Law Defendants violated Mr Elijah Smith Junior., Right to
184. Due Process through their handling of the Disciplinary
185. Charges against Mr. Elijah Smith Junior,- in violation of the
186. Fourteenth Amendment to the United States Constitution
187.
188.
189. ## Prayer For Relief
190.
191. Wherefore, the Plaintiff prays that this Honorable
192. Court grant the claim $140, Trillion Dollars following Relief
193. Declare that the acts and omissions of the Defendants
194. Violate Plaintiff's Constitutional Rights and Federal Law;
195.
196. Enter an Injunction requiring the Defendants. Their Agents
197. Subordinates Employees and all others acting in concert
198. with them to cease their unconstitutional and unlawful
199. Practices and to Remedy their violations of the Constitution
200. and the Laws;
201.
202.
203. Enter an Injunction requiring Defendants to Restore to
204. Plaintiff all Rights and Privileges he enjoyed prior to
205. the Retaliation;
206.
207. Awards to the Plaintiff Nominal, Compensatory and Punitive
208. Damages;
209.
210. Awards to the Plaintiff Reasonable Costs and Attorney's
211. Fees; and grant the Plaintiff such other relief as the
212. Court may deem just and proper
213. Respectfully Submitted, this the 12th day of June, 2021
214.           Page (06 of 07)
215.

216.
217. (A REQUEST HAS BEEN MADE TO PROCEED WITH
218. THIS LAWSUIT PURSUANT TO THE FEE WAIVER WITHOUT
219. PREPAYMENT)"
220.
221.
222. THIS AFFIDAVIT HAS BEEN WITNESSED BY THE
223. FILER OF THE LAWSUIT
224.
225. WITNESSED BY ELIJAH SMITH   CA ID: A1938749   DATE 07/12/2021
226.
227.                                                COURT CLERK
228. DATED: 07/12/2021   [SEAL]
229.                                                COURT REPORTER
230. FEE'S ASSOCIATED WITH THE FILING COST BE WAIVED
231. PURSUANT TO STATE AT-LARGE 48 SECTION 112.
232.
233.                                                COURT CLERK
234. DATE: 07/12/2021   [SEAL]
235.                                                COURT REPORTER
236.
237.
238. _Elijah Smith Jr._
239. PLAINTIFF
240.
241.
242.
243.
244.
245.
246.
247.
248.
249.
250.          PAGE (02 of 02)
251.



102 E. HIGHLAND AVENUE
PATTON, CA 92369

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 23 2021
CENTRAL DISTRICT OF CALIFORNIA

